**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**MARY MILLS**                                                                                           **PLAINTIFF**

**V.**                              **CASE NO.: 3:12CV00034 BD**

**MICHAEL J. ASTRUE, Commissioner,
Social Security Administration**                                                    **DEFENDANT**

## ORDER

Plaintiff Mary Mills filed this action on February 2, 2012.  (docket entry #2)  The Commissioner answered the complaint on April 22, 2012 and filed an administrative transcript on April 23, 2012.  (#7 and #9)

On June 5, 2012, Plaintiff's counsel requested, and the Court granted, a stay of the briefing schedule because the administrative transcript was incomplete.  (#11 and #12) On June 19, 2012, the Commissioner agreed that the transcript was incomplete and stated that he would direct his case preparation branch to expeditiously prepare and file the supplemental transcript.  (#13)  Over a month has passed, and there is no notice of the filing of a supplemental transcript.[1]  It appears the only thing missing from the filed transcript was medical exhibits referenced in the administrative decision.  (#11)

---

[1] More than fifty days have passed since Plaintiff put the Commissioner on notice that the transcript was incomplete.

The Commissioner has twenty-one (21) days from the entry of this Order to file a complete, supplemental transcript. In the absence of a complete, supplemental transcript, the Court will remand this case to the Commissioner.

DATED this 27th day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE