# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MARY MILLS**                                                                                    **PLAINTIFF**

**V.**                     **CASE NO.: 3:12CV00034 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                    **DEFENDANT**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

So ordered this 4th day of April, 2013.

_____
UNITED STATES MAGISTRATE JUDGE